PER CURIAM.
Affirmed. See Atlantic Coast IÁne E.R. v. Campbell, 104 Fla. 274, 139 So. 886 (1932) (syllabus by court, para. no. 1); Central Nat’l Bank v. Muskat Corp., 430 So. 2d 957 (Fla. 3d DCA 1983); Sabin v. Lowe’s of Fla., Inc., 404 So.2d 772 (Fla. 5th DCA 1981); Security Ins. Co. v. Commercial Credit Equip. Corp., 399 So.2d 31, 34 (Fla. 3d DCA), rev. denied, 411 So.2d 384 (Fla. 1981); Manufacturers’ Leasing, Ltd. v. Florida Dev. & Attractions, Inc., 330 So. 2d 171 (Fla. 4th DCA 1976).